```
                                          U.S. DISTRICT COURT
                                            DISTRICT OF N.H.
                                                 FILED

                                          2005 JUN -9 P 12: 09
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joanne M. Quint

    v.                                   Civil No. 05-cv-199-PB

Commissioner, Social Security Administration

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-199-PB.

**SO ORDERED.**

                                        James R. Muirhead
                                      United States Magistrate Judge

Date: June 9, 2005

cc:   Karen B. Nesbitt, Esq.